FILED '10 OCT 21 11:30 USDC-ORE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

JEFFREY WALSTON, et al,   10-6126-TC

  Plaintiff,

  v.   ORDER

JOSEPH A. LACAOSTE, et al,

  Defendant.

COFFIN, Magistrate Judge:

    Currently before the court is the parties' Joint Motion to Transfer the above captioned case to the Portland Division. (dkt. #25). The parties state that Judge John V. Acosta is the judge assigned to two cases, which are related to the above captioned case. The central issue in those two cases and the above captioned case is whether the National Union insurance policy covered the actions of Angela McCoy, giving rise to the state court judgements against her. A review of the docket of the two cases assigned to Judge Acosta reveal that they were properly brought in the Portland Division.

Page 1 - ORDER

Accordingly, I grant the motion to transfer and assign this case to Judge John V. Acosta for all purposes including trial.

IT IS SO ORDERED

DATED this 21 day of October 2010.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　THOMAS M. COFFIN
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge